NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GROUP III INTERNATIONAL, INC.,**
*Appellant*

**v.**

**TARGUS INTERNATIONAL LLC,**
*Appellee*

---

2022-2180

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00371.

---

## O R D E R

Upon consideration of Group III International, Inc.'s failure to file the appendix in this matter,

IT IS ORDERED THAT:

(1) The appeal is dismissed. Fed. Cir. R. 30(a)(5).

2 GROUP III INTERNATIONAL, INC. v. TARGUS INTERNATIONAL LLC

(2)  Any pending motion is denied as moot.

FOR THE COURT

June 2, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court